Ernest Cory (Admitted *Pro Hac Vice*)
Kristian W. Rasmussen (Admitted *Pro Hac Vice*)
Lauren S. Miller (Admitted *Pro Hac Vice*)
R. Andrew Jones (Admitted *Pro Hac Vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
       krasmussen@corywatson.com
       lmiller@corywatson.com
       ajones@corywatson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: |
| GREGORY KUNCE,<br><br>        Plaintiff(s)<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant(s). | **Short Form Complaint** |

Plaintiff(s), Gregory Kunce, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:

    a.   X   Eli Lilly and Company

    b.   __   Pfizer Inc.

    c.   __   Other (specify Defendant) _____

2. Plaintiff's Full Name:
    a. <u>Gregory Kunce</u>
3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:
    a. <u>N/A</u>
4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
    a. <u>N/A</u>
5. Plaintiff's current city and state of residence:
    a. <u>Littleton, CO</u>
6. District Court in which venue would be proper absent direct filing:
    a. <u>District of Colorado</u>
7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
    a. <u>Littleton, CO</u>
8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
    a. Start date: <u>N/A</u>
    b. Stop date: <u>N/A</u>
9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
    a. Start date: <u>8/19/2009</u>
    b. Stop date: <u>12/15/2014</u>
10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a. <u>8/14/2015</u>
11. Date of death of Decedent, if applicable:
    a. <u>N/A</u>
12. Master Complaint Adopted (check one or both):

1     a. \_\_\_\_\_ Pfizer Master Complaint

2     b. \_\_X\_\_ Eli Lilly Master Complaint

3 13. Counts in the Master Complaint(s) brought by Plaintiff(s):

4     a. Count 1 (Negligence): \_\_X\_\_

5     b. Count 2 (Gross Negligence): \_\_X\_\_

6     c. Count 3 (Negligence Per Se): \_\_X\_\_

7     d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) \_\_X\_\_

8     e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) \_\_X\_\_

9     f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) \_\_X\_\_

10     g. Count 7 (Strict Liability – Defective Design): \_\_X\_\_

11     h. Count 8 (Strict Liability – Failure to Warn): \_\_X\_\_

12     i. Count 9 (Failure to Test): \_\_X\_\_

13     j. Count 10 (Breach of Express Warranty): \_\_X\_\_

14     k. Count 11 (Breach of Implied Warranty): \_\_X\_\_

15     l. Count 12 (Fraudulent Misrepresentation and Concealment): \_\_X\_\_

16     m. Count 13 (Negligent Misrepresentation and Concealment): \_\_X\_\_

17     n. Count 14 (Fraud and Deceit): \_\_X\_\_

18     o. Count 15 (Willful, Wanton, and Malicious Conduct): \_\_X\_\_

19     p. Count 16 (Unjust Enrichment): \_\_X\_\_

20     q. Count 17 (Loss of Consortium): _____

21     r. Count 18 (Survival): _____

22     s. Count 19 (Wrongful Death): _____

23     t. Count 20 (Punitive Damages): \_\_X\_\_

24     u. Other: _____

25 14. Jury Demand

26     a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial

27         by jury as to all claims in this action: Yes \_\_X\_\_ No \_\_\_\_\_

28

Dated this the 16th day of May, 2017.

                          Respectfully submitted on behalf of the Plaintiff(s),

                          */s/ Ernest Cory*
                          Ernest Cory
                          Kristian W. Rasmussen
                          Lauren S. Miller
                          R. Andrew Jones
                          CORY WATSON, P.C.
                          2131 Magnolia Avenue
                          Birmingham, AL 35205
                          Telephone: (205) 328-2200
                          Facsimile: (205) 324-7896
                          Email: ecory@corywatson.com
                                          krasmussen@corywatson.com
                                          lmiller@corywatson.com
                                          ajones@corywatson.com